Alberta TITUS, Plaintiff–Appellant

v.

DEL VALLE INDEPENDENT SCHOOL DISTRICT, et al., Defendants

Del Valle Independent School District; Bernard Blanchard, Defendants– Appellees.

No. 04–51405.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 28, 2005.

Donald Thomas Cheatham, Law Offices of Donald T. Cheatham, Austin, TX, for Plaintiff–Appellant.

Holly B. Wardell, Schwartz & Eichelbaum, Austin, TX, for Defendants–Appellees.

Before JONES, DEMOSS, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.